THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUSEF M. BILBEISI,<br><br>                Plaintiff,<br><br>     v.<br><br>SAFEWAY,<br><br>                Defendant. | CASE NO. C22-0876-JCC<br><br>ORDER |

      This matter comes before the Court on Attorney Mark Perez's motion to withdraw as counsel for Plaintiff (Dkt. No. 22). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

      An attorney may not withdraw an appearance in any case without leave of the court. LCR 83.2(b)(1). And to the extent leave is given, ordinarily, it must be no less than sixty days prior to the discovery cut-off. *Id.* However, the Court retains discretion to allow withdrawal at any time. *See, e.g.*, *Putz v. Golden*, 2012 WL 13019202, slip op. at 3 (W.D. Wash. 2012).

      When evaluating a motion to withdraw, courts may consider a variety of factors, including: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Russell v. Samec*, 2021 WL 3130053, slip op. at 1 (W.D. Wash. 2021) (internal citations omitted). But if a withdrawal will

leave a party unrepresented, the motion must include the party's address and telephone number and must be served on the client and opposing counsel. LCR 83.2(b)(1).

Counsel seeks to withdraw based on fundamental disagreements with Plaintiff, his inability to contact Plaintiff, and Plaintiff's failure to pay outstanding legal fees. (Dkt. No. 22 at 1.) Counsel indicates issues arose in early 2022, when Plaintiff and Counsel disagreed over case strategy. (Dkt. No. 26 at 2.) Moreover, Counsel maintains that, starting around April 2022, Plaintiff refuses to take calls his calls or honor the terms of the agreement for pay. (*Id.* at 3.)

Counsel has complied with the requirements of the local rules and notified Plaintiff of his intent to withdraw. (*Id.* at 3.) The case is set for trial in September 2023, with discovery due by May 15. (Dkt. No. 21.) This means there will be no adverse impact on the parties or the administration of justice. Accordingly, the Court GRANTS Plaintiff's attorney's motion to withdraw. The Clerk is DIRECTED to mail a copy of this order to Plaintiff Yousef Bilbeisi, at 5218 17th Ave NE, Seattle WA 98105.

DATED this 6th day of February 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE